# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Diaz-Chavarin,<br>a.k.a.: Jose Luis Diaz Chavarin,<br>(A 087 525 492)<br>*Defendant* | Case No. 16-7404 MJ |

DOA: 10/5/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 22, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Diaz-Chavarin, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 15, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin L. Barrette,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Kevin L. Barrette, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 22, 2015, the Phoenix Police Department (PPD) encountered Jose Luis Diaz-Chavarin during an investigation in Phoenix, Arizona. PPD Officer Bower suspected Diaz-Chavarin to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer Spohn telephonically interviewed Diaz-Chavarin and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, record checks revealed an outstanding warrant, and Diaz-Chavarin was turned over to the Arizona Department of Corrections (ADOC). On November 23, 2015, an immigration detainer was lodged for Diaz-Chavarin with the ADOC. On October 5, 2016, Diaz-Chavarin was released from the ADOC and transported to the Florence ICE office for further investigation and processing. Diaz-Chavarin was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Diaz-Chavarin to be a citizen of Mexico and a previously deported criminal alien. Diaz-Chavarin was removed from the United States to Mexico through Nogales, Arizona, on or about May 15, 2013, pursuant to an order of removal issued by an immigration official. There is no record of Diaz-Chavarin in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Diaz-Chavarin's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Luis Diaz-Chavarin was convicted of Solicitation to Commit Possession of Marijuana for Sale, a felony offense, on September 14, 2012, in the Superior Court of Arizona, Maricopa County. Diaz-Chavarin was sentenced to one and one half (1.5) years' incarceration. Diaz-Chavarin's criminal history was matched to him by electronic fingerprint comparison.

5. On October 5, 2016, Jose Luis Diaz-Chavarin was advised of his constitutional rights. Diaz-Chavarin freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 22, 2015, Jose Luis Diaz-Chavarin, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 15, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Kevin L. Barrette,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge